**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1708**

WILLIAMS LEE GRANT, II,

        Plaintiff - Appellant,

    v.

U.S. DEPARTMENT OF DEFENSE,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:18-cv-01705-PX)

Submitted:  October 23, 2018                 Decided:  October 25, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William Lee Grant, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Grant, II, appeals the district court's order dismissing his complaint against the United States Department of Defense as frivolous. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Grant v. U.S. Dep't of Def.*, No. 1:18-cv-01705-PX (D. Md. June 15, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*